NO. 07-04-0421-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 1, 2004

______________________________

IN RE:  EQUITABLE LIFE & CASUALTY INSURANCE COMPANY, 

Relator

_________________________________

ORIGINAL PROCEEDING
 

_______________________________

Before JOHNSON, C.J., and QUINN and REAVIS, JJ.

Pending before the court is a Motion to Dismiss Petition for Writ of Mandamus filed by Equitable Life & Casualty Insurance Company (Equitable), petitioner in this mandamus proceeding.  According to Equitable, the parties have settled all claims, crossclaims and counterclaims.  Consequently, there is no further need for the mandamus proceeding.  

Accordingly, we grant the motion and dismiss Equitable’s petition for mandamus.

Brian Quinn

   Justice